Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17377−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Ellis Sr.                            Patricia A. Ellis
   6 Durham Court                                 6 Durham Court
   Hillsborough, NJ 08844                   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−8692                                     xxx−xx−8138

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 28, 2016.

   On February 17, 2017 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             March 29, 2017
Time:            10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 21, 2017
JAN: wdr

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 16-17377-KCF
Thomas J. Ellis, Sr.                                        Chapter 13
Patricia A. Ellis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Feb 21, 2017
                              Form ID: 185          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
```
db/jdb         +Thomas J. Ellis, Sr.,    Patricia A. Ellis,    6 Durham Court,    Hillsborough, NJ 08844-2214
516123971      +Anesthesia Associates of Morristown,    100 Madison Avenue,    Morristown, NJ 07960-6136
516346862       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516140299      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516123972      +Chrysler Capital,    ATTN: Bankruptcy Dept,    PO Box 961278,    Fort Worth, TX 76161-0278
516381197      +Deutsche Bank Trust Company Americas,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516123975      +Gem Recovery Systems,    99 Kinderkamack Rd #308,    Westwood, NJ 07675-3021
516123976       HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
516123978      +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
516123980      +Lyons, Doughty & Veldhuis, PC,    136 Gaither Dr Ste 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516123981      +Main Street Acquisition Corp,    PO Box 9201,    Old Bethpage, NY 11804-9001
516307160      +PNC Bank N.A.,    P.O. Box 94982,    Cleveland, Oh 44101-4982
516123982      +PNC Bank, NA,    1 Mortgage Way,    Mount Laurel, NJ 08054-4637
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 00:02:17     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 00:02:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516123973       E-mail/Text: mrdiscen@discover.com Feb 22 2017 00:01:28     Discover,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
516141079       E-mail/Text: mrdiscen@discover.com Feb 22 2017 00:01:28     Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
516123974      +E-mail/Text: bankruptcy@fult.com Feb 22 2017 00:03:10     Fulton Bank of New Jersey,
                 100 Park Ave,    Woodbury, NJ 08096-3513
516123977       E-mail/Text: cio.bncmail@irs.gov Feb 22 2017 00:01:47     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516123979       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 22 2017 00:01:40      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516141080*      Discover Bank,    Discover Products Inc.,   PO Box 3025,    New Albany, OH 43054-3025
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank Trust Company Americas
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for
               Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
               2006-QS3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rex J. Roldan    on behalf of Joint Debtor Patricia A. Ellis roldanlaw@comcast.net
              Rex J. Roldan    on behalf of Debtor Thomas J. Ellis, Sr. roldanlaw@comcast.net
                                                                                              TOTAL: 6
```