**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas J. Ellis Sr. | Social Security number or ITIN  xxx–xx–8692 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia A. Ellis | Social Security number or ITIN  xxx–xx–8138 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–17377–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas J. Ellis Sr.                    Patricia A. Ellis

5/24/21                                **By the court:** <u>Michael B. Kaplan</u>
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas J. Ellis, Sr.  
Patricia A. Ellis  
    Debtors

Case No. 16-17377-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 24, 2021      Form ID: 3180W      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas J. Ellis, Sr., Patricia A. Ellis, 6 Durham Court, Hillsborough, NJ 08844-2214 |
| 516123971 | + | Anesthesia Associates of Morristown, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 516381197 | + | Deutsche Bank Trust Company Americas, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 516123978 | #+ | KML Law Group, PC, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |
| 516123980 | + | Lyons, Doughty & Veldhuis, PC, 136 Gaither Dr Ste 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516123981 | + | Main Street Acquisition Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516123982 | + | PNC Bank, NA, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516346862 | | EDI: BL-BECKET.COM | May 25 2021 00:28:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516123972 | + | EDI: CHRM.COM | May 25 2021 00:28:00 | Chrysler Capital, ATTN: Bankruptcy Dept, PO Box 961278, Fort Worth, TX 76161-0278 |
| 516140299 | + | EDI: CHRM.COM | May 25 2021 00:28:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 516123973 | | EDI: DISCOVER.COM | May 25 2021 00:28:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 516141079 | | EDI: DISCOVER.COM | May 25 2021 00:28:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 516123974 | + | Email/Text: bankruptcy@fult.com | May 24 2021 20:53:00 | Fulton Bank of New Jersey, 100 Park Ave, Woodbury, NJ 08096-3513 |
| 516123976 | | EDI: HFC.COM | May 25 2021 00:28:00 | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 516123977 | | EDI: IRS.COM | May 25 2021 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516123979 | | Email/Text: PBNCNotifications@peritusservices.com | May 24 2021 20:46:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: 3180W | Total Noticed: 21 |

| 516307160 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2021 20:46:00 | PNC Bank N.A., P.O. Box 94982, Cleveland, Oh 44101 |
| 516773102 | + EDI: Q3G.COM | May 25 2021 00:28:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 516773101 | EDI: Q3G.COM | May 25 2021 00:28:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516141080 | * | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 516123975 | ##+ | Gem Recovery Systems, 99 Kinderkamack Rd #308, Westwood, NJ 07675-3021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank Trust Company Americas dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Joint Debtor Patricia A. Ellis roldanlaw@comcast.net roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Thomas J. Ellis Sr. roldanlaw@comcast.net, roldanlaw1@gmail.com |

TOTAL: 6